JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • JONESDAY.COM

DIRECT NUMBER: +1.212.326.3434
LKIM@JONESDAY.COM

November 5, 2024

**VIA CM/ECF**

Hon. Lois Bloom
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Harris v. Experian Info. Sols., Inc., et al.*,
Case No. 1:24-cv-07696-LB (E.D.N.Y.)
Defendant Experian's Request for Extension of Time

Dear Judge Bloom:

Defendant Experian Information Solutions, Inc. ("Experian") writes to request a 30-day extension of time to answer, move, or otherwise respond to the Complaint (ECF No. 1, Exhibit A) until December 12, 2024.

The current deadline for Experian to respond to the Complaint is November 12, 2024. There have been no other extension requests submitted by Experian. The parties discussed this request on November 4, 2024; Plaintiff did not consent because she thought an extension was unnecessary.

Experian is seeking this extension so that it has time to investigate and respond to the allegations in the Complaint, including collecting documents related to Plaintiff's file. Experian believes that an extension until December 12, 2024 will afford Experian sufficient time to obtain and review these documents.

Thank you for your time and consideration.

Respectfully submitted,

*/s/ Lauren H. Kim*
Lauren H. Kim

cc: Plaintiff (via electronic and U.S. Mail)