UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CLAUDIA HARRIS,

Plaintiff,

-against-

EXPERIAN INFORMATION SOLUTIONS, INC.
and EQUIFAX INFORMATION SOLUTIONS, LLC,

Defendant(s).
---------------------------------------------------------------X

**ORDER**
**24 CV 7696 (LB)**

**BLOOM, United States Magistrate Judge:**

Defendant Experian Information Solutions, Inc. requests a thirty-day extension of time to respond to the complaint "so that it has time to investigate and respond to the allegations." ECF No. 4. The current deadline to respond to the complaint is November 12, 2024 and *pro se* plaintiff does not consent to the request.

Answers are generally pretty standard. As Chief Judge Brieant used to say (and Judge Cogan has cited): "[i]n truth, the answer in a civil action is the most useless paper in the courthouse." Alexander By and Through Alexander v. Ricardson-Merrell Inc., 541 F. Supp. 93, 94 (S.D.N.Y. 1982). The Court grants this first extension request, but not for thirty days. Defendant shall respond to the complaint by November 22, 2024. Defendant's counsel shall serve a copy of this order on plaintiff and file proof on the docket forthwith.

SO ORDERED.

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: November 6, 2024
Brooklyn, New York