**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CLAUDIA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 1:24-cv-07696-NRM-LB |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE AND RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTIONS TO REMAND TO STATE COURT AND TO STAY ARBITRATION**

**PLEASE TAKE NOTICE** that the undersigned attorney for Defendant Experian Information Solutions, Inc. ("Experian"), in the above-referenced matter, will, and hereby does, move this Court, before the Honorable Nina R. Morrison, United States District Judge for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, New York, at a date and time to be determined by this Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice Plaintiff Claudia Harris's Complaint for failure to state a claim upon which relief can be granted.

Experian also respectfully submits its Response in Opposition to Plaintiff's Motions to Remand to State Court and to Stay Arbitration in the Memorandum of Law.

Dated: New York, New York
December 17, 2024

Respectfully submitted,

*Lauren H. Kim*

Lauren H. Kim
JONES DAY
250 Vesey Street
New York, New York 10281
Telephone: (212) 326-3434
Email: lkim@jonesday.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*