REC'D IN PRO SE OFFICE
FEB 3 '25 PM1:40

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CLAUDIA HARRIS,
Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC,
Defendants.

Case No.: 1:24-cv-7696-NRM-LB

**PLAINTIFF CLAUDIA HARRIS**
**OPPOSITION TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC'S MOTION TO DISMISS AND RESPONSE TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. OPPOSITION TO PLAINTIFF'S MOTION TO REMAND TO STATE COURT AND TO STAY ARBITRATION .**

**PLEASE TAKE NOTICE** the Plaintiff Pro Se, in the above referenced matter, will and hereby does, move this Court, before the Honorable Nina R. Morrison, United States District Judge for the Eastern District of New York, 225 Cadman Plaza E, Brooklyn, New York, at a date and time to be determined by this Court, for an order pursuant to Rule 8(a) (2)(3) of the Federal Rules of Civil Procedure deny the motion to dismiss with prejudice against Defendant Experian Information Solutions, Inc. (Experian") as the Plaintiff had been writing then sending the letters off to Defendants, Experian and Equifax and called into the both Defendants numbers for addressing disputes on the credit report for remedy beginning in April 2020 continuing April 2023 when an prospective employer suggested I look into my credit report as it taken into consideration, then May 2023 and again in August 2023 before filing a Summons with Endorsed Compliant Index Number: CV-015668-23/QU and then a second Summons with Endorsed Compliant Index Number: CV-022221-24/QU when a judge granted dismissal without prejudice based on timeliness of service and the proper name of Defendants, this second Summons with Endorsed Complaint noted the cure with the proper names and timely service to the Registered Agents not before known to the Plaintiff. The Defendant, Experian has taken the second Summons with Endorsed Compliant to this Eastern District Court with the present Index number: 1:24-cv-7696-NRM-LB. The Defendants Experian and Equifax have been mailed the same packet of information , Exhibits A-E, at the time of the first issuance of Plaintiff's Summons with Endorsed Compliant in September 2023, that is now being submitted to this court, a venue outside of Plaintiff's residence but is the correct court as this is a matter of federal question and the issue of complete diversity is not needed according to order given by Magistrate Judge Lois Bloom and respectfully accepted by Plaintiff Pro Se.

The evidence of the requests made, Exhibit D, through writing independent letters and form letters were all sent to the addresses provided by the Defendants website for consumers disputing information on credit reports assembled by Defendants Experian and Equifax (Public Law 91-508 Title 6 §611 these correspondences were without cure or acknowledgement of dispute in direct violation of Public Law 91-508 Title 6§ 611

(8c) :*Notification of consumer dispute in subsequent consumer reports. Whenever a statement of a dispute is filed, the consumer reporting agency shall clearly note that it is disputed by the consumer AND provide either the consumer's statement or a clear AND accurate codification Or summary thereof.*

; as the Defendants, Experian and Equifax, being Credit Reporting Agencies (CRA) are bound to uphold according to Fair Credit Reporting Act(FCRA) 15 U.S.C. § 1681, as well as, Public Law 91-508 states… *CRA promote accuracy, fairness, and the privacy of personal information assembled by CRA*, however the CRA Defendants, Experian and Equifax, failed to comply with FCRA U.S.C.§1681 e (a)(b) and i(a) (1)(A) and (a) (2)(A) and (a)(5)(A) , Public Law 91-508 Title 6 continuing to intentionally report inaccurate information after being made aware of the errors through Plaintiff's phoned in request to seek cure regarding the disputed item and multiple mailed correspondences Public Law 91-508 Title 6 §611(a)(1A) to attain cure since the information given to the Defendants, Experian and Equifax, showing the different information of the CRA regarding facts according to Public Law 91-508 Title 6 §611 (5a) that need to be in accurate so that one CRA should not have the same inaccuracy and errors on the credit report of the consumer 15 U.S.C. § 1681i(a), 15 U.S.C. § 1681e(b) FCRA requires consistent accurate information to remain on the credit report, once a notification of dispute has arisen. Which has led to wrongful representation deformation of Plaintiff character on paper by those using CRA as a measure of getting to know their prospective employer or client, emotional and mental distress based upon credit denials and prospective employment opportunities for better paying jobs also being turned away from the Plaintiff due to the continued inaccuracies on the credit reports. Such as the incidence of higher interest rates on Plaintiff's credit card, employment opportunity being nullified based on the disputed item that was shared with Plaintiff by member of hiring committee, including the mental anguish of still being in the case to fight for equitable cure from the Defendants Experian and Equifax as the case has merit and Plaintiff's rights to an accurate credit report and statutory damages need to be upheld by the court pursuant 15 U.S.C. § 1681n Public Law 91-508 Title 6 §602 (b), 602(a)(3) Defendants Experian and Equifax are credit reporting agencies that need to uphold their portion having assumed a vital role in assembling and evaluating consumer credit and other information on consumers.

Seeing how up to this point dismissal has been granted based on the name of the Defendants , Experian Information Solutions,Inc known to the public and their website for customers as plain Experian and Equifax Information Services,LLC, known to the public and their website for customers as plain Equifax. I urge the court to consider the merit of the situation before them. Can now be the time and this court be the place were the Plaintiff could expect justice and equitable cure? Drew v. Equifax Information Services, LLC, 690 F.3d 1100 (9th Cir. 2012)

**Regarding** Plaintiff Pro Se request to stay arbitration this was made because of a phone conversation with Experian Information Solutions, Inc. named as one of the Defendants, has , Lauren Kim that stated during a phone conversation on November 04,2024 at 5:11p.m. Eastern Standard Time, that Claudia Harris named, Plaintiff, had entered into some kind of subscription with a Defendant in April 26, 2023. At which time during the four minute conversation the Plaintiff, Claudia Harris, stated to Defendant, Experian Information Solutions,Inc, counsel, Lauren Kim, that Plaintiff has no subscription with Defendant nor would Plaintiff ever request any kind of subscription thru Defendant, Experian Information Solutions,Inc. as they proved themselves insufficient in performing elementary tasks of accurate credit reporting and remedy where error was stated to have been made. No additional relationship would the Plaintiff, Claudia Harris ever desire to have with said Defendant (s) Experian or Experian Information Solutions,Inc. or Experian for the same reasoning. Furthermore arbitration cannot be held to have been contracted if there was no assent, because the basic tenet of contract law, in order to be binding is that a contract requires a “meeting of the minds' and “a manifestation of mutual assent.” *Express Indus., 93 N.Y. 2d at 589, 693 N.Y.S. 2d 857, 715 N.E. 2d 1050*Pursuant to NY CPLR subsection 7503 (b) Application to stay arbitration. Subject to the provisions of subdivision (c), a party who has not participated in the arbitration and who has not made or been served with an application to compel arbitration, may apply to stay arbitration on the ground that a valid agreement was not made or has not been complied with.

Based on said conversation Plaintiff desired to make sure my voice was heard that I was not willing to enter into anything that I was not in alignment with. Being that counsel for the Defendant, Experian told me the case would go for arbitration O understood that the onus probandi is on the party claiming arbitration which is not will it be this Plaintiff, unless my cure is guaranteed is this method which still is not by burden to prove, but counsel for Defendant, Experian. However if I jumped the gun in placing prior motion with the court to stay arbitration then I respectfully request Federal Rules of Civil Procedure Rule 61 be administered as it was a harmless error. With this admittance being made by the Plaintiff please let Plaintiff position towards arbitration be remembered by the court should either Defendants Experian and Equifax propose arbitration to the court without guarantee of cure.

Dated: February 3,2025 Respectfully submitted,

Claudia Harris

Claudia Harris
Plaintiff Pro Se

Exhibit A

**Civil Court of the City of New York**
**County of Queens**

Index Number: **CV-015668-23/QU**

CLAUDIA L HARRIS
Plaintiff(s)
-against-
TRANS UNION LLC; EXPERIAN; EQUIFAX
Defendant(s)

**SUMMONS WITH ENDORSED COMPLAINT**
**BASIS OF VENUE:** Plaintiff's residence

Plaintiff's Address (s) :
CLAUDIA L HARRIS
139-18 109TH RD
Jamaica, NY 11435

To the named defendant (s)
TRANS UNION LLC (Deft), at 555 WEST ADAMS, Chicago, IL 60661
EXPERIAN (Deft), at c/o GENERAL COUNSEL, 475 ANTON BLVD, Costa Mesa, CA 92626
EQUIFAX (Deft), at 1550 PEACHTREE ST N.W, Atlanta, GA 30309

**YOU ARE HEREBY SUMMONED** to appear in the Civil Court of the City of New York, County of Queens at the office of the Clerk of the said Court at **89-17 Sutphin Boulevard** in the County of **Queens**, City and State of New York, within the time provided by la[w] as noted below and to file your answer to the (endorsed summons) (annexed complaint) * with the Clerk; upon your failure to answer, judgment will be taken against you for the total sum of $50,000.00 and interest as detailed below.
Plaintiff's work sheet may be attached for additional information if deemed necessary by the clerk.

Date:September 13, 2023

Alia Razzaq
Chief Clerk

## ENDORSED COMPLAINT

The nature and the substance of the plaintiff's cause of action is as follows: **Breach of Contract; Deformation of character; Failure to follow the FCRA guidelines and 15 USC 1681 for $50,000.00 with interest from 08/21/2023**

***NOTE TO THE DEFENDANT***

*A) If the summons is served by its delivery to you personally within the City of New York, you must appear and answer within TWENTY days after such service; or*

*B) If the summons is served by delivery to any person other than you personally, or is served outside the City of New York, or by publication, or by any means other than personal delivery to you within the City of New York, you are allowed THIRTY days after the proof of service thereof is filed with the Clerk of this Court within which to appear and answer.*

*C) Following CPLR 321(a) corporations must be represented by an attorney.*

** NOTE TO THE SERVER OF THE SUMMONS*

The person who serves the summons should complete the Affidavit of Service and shall file it in the Clerk's Office in the county where t[he] action is brought.

**PLAINTIFF'S CERTIFICATION**
*(See 22NYCRR, Section 130-1.1a)*

SIGN NAME: Claudia L Harris
PRINT NAME: CLAUDIA L HARRIS

Exhibit A (1)

2024 JAN 10 PM 1:18

2023 OCT -2 PM 12:05

11:49

# JPMCB CARD

Filters

TransUnion®

Experian®

Equifax®

Belance

| TransUnion® | Experian® | Equifax® |
|---|---|---|
| 426684146441**** | 42668414**** | 42668414**** |
| $19,130 | $0 | $16,204 |
| 8/30/2023 | -- | -- |
| 11/6/2020 | 3/1/2023 | 9/1/2022 |
| 8/30/2023 | 8/30/2023 | 8/1/2023 |
| 8/12/2013 | 8/1/2013 | 8/1/2013 |
| $16,204 | $16,204 | $16,204 |
| 11/6/2020 | -- | -- |
| Derogatory | Derogatory | Derogatory |
| Individual | Individual | Individual |
| Account not disputed | Account not disputed | Account disputed |
| Bank Credit Cards | Bank Credit Cards | National Credit Ca Companies |
| Closed | Closed | Closed |
| Collection/Chargeoff | Collection/Chargeoff | Collection/Charge |
| Charged off as bad debt anceled by credit grantor | Account has been closed due to inactivity. Unpaid balance reported as a loss by the credit | Consumer dispute - reinvestigation in progress Charged off accou |

08-30-2023

smartcredit.com

11:47

JPMCB CARD

Filters

TransUnion®

Experian®

Equifax®

| TransUnion® | Experian® | Equifax® |
|---|---|---|
| 426684146441**** | 42668414**** | 42668414**** |
| $19,130 | $0 | $16,204 |
| 8/30/2023 | -- | -- |
| 11/6/2020 | 3/1/2023 | 9/1/2022 |
| 8/30/2023 | 8/30/2023 | 8/1/2023 |
| 8/12/2013 | 8/1/2013 | 8/1/2013 |
| $16,204 | $16,204 | $16,204 |
| 11/6/2020 | -- | -- |
| Derogatory | Derogatory | Derogatory |
| Individual | Individual | Individual |
| Account not disputed | Account not disputed | Account disputed |
| Bank Credit Cards | Bank Credit Cards | National Credit Car Companies |
| Closed | Closed | Closed |
| Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeo |
| Charged off as bad debt Canceled by credit grantor | Account has been closed due to inactivity. Unpaid balance reported as a loss by the credit grantor. | Consumer disputes - reinvestigation in progress Charged off accour |
| -- | -- | -- |
| $0 | $0 | $0 |

Not the same after 120 days of disputing req. accuracy or Removal

smartcredit.com

Exhibit A
8/30/23

TransUnion Experian Equifax

30:060:090:0 30:060:090:0

**JPMCB CARD**

| Experian | Equifax |
|---|---|
| 42668414**** | 42668414**** |
| $0 | $16,204 |
| -- | -- |
| 03/01/2023 | 09/01/2022 |
| 03/02/2023 | 03/01/2023 |
| 08/01/2013 | 08/01/2013 |
| $16,204 | $16,204 |
| -- | -- |
| Derogatory | Derogatory |
| Individual | Individual |
| Account not disputed | Account not dispute |
| Bank Credit Cards | National Credit Card Com |
| Closed | Closed |
| Collection/Chargeoff | Collection/Chargeof |
| Account has been closed due to inactivity. Unpaid balance reported as a loss by the credit grantor. | Charged off accoun Accounts closed by credit |
| $0 | $0 |
| 08/01/2022 | 09/01/2022 |
| -- | -- |
| $16,204 | $16,204 |
| Credit Card | -- |
| -- | -- |
| $14,500 | -- |

unkown

**Two-Year payment history**

unkown

TransUnion unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unk

Experian OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

30 days late 60 days late 90 days late 120 days late 150+ days late

mar apr may jun jul aug sep oct nov dec [illegible] feb mar apr may jun jul aug sep oct nov dec [illegible]

Unknown Reporting according to Transunion

Payment History doesn't match for the three. None show disputes despite my contacting. Dates still do not match for opening, closing.

Exhibit B

© 2023 m2phenom All Rights Reserved

Privacy Policy (https://www.m2phenom.com/privacy-policy) Terms & Conditions (https://www.m2phenom.com/terms-conditions) Get Copy Of Credit Report (https://portal.myfreescorenow.com/enroll?AID=DominateTheDecadeMentorshipGroup&PID=75483)

11:48

×

# JPMCB CARD

Filters

TransUnion®

Experian®

Equifax®

| | TransUnion® | Experian® |
|---|---|---|
| Account # | 426684146441**** | 42668414**** |
| High Balance | $19,130 | $0 |
| Last Verified | 8/30/2023 | -- |
| Date of Last Activity | 11/6/2020 | 3/1/2023 |
| Date Reported | 8/30/2023 | 8/30/2023 |
| Date Opened | 8/12/2013 | 8/1/2013 |
| Balance Owed | $16,204 | $16,204 |
| Closed Date | 11/6/2020 | -- |
| Account Rating | Derogatory | Derogatory |
| Account Description | Individual | Individual |
| Dispute Status | Account not disputed | Account not disputed |
| Creditor Type | Bank Credit Cards | Bank Credit Cards |
| Account Status | Closed | Closed |
| Payment Status | Collection/Chargeoff | Collection/Chargeoff |
| Creditor Remarks | Charged off as bad debt Canceled by credit grantor | Account has been closed due to inactivity. Unpaid balance reported as a loss by the credit |

smartcredit.com

8/30/2023
Exhibit B

11:48

| | | |
|---|---|---|
| | | Companies |
| Closed | Closed | Closed |
| Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeof |
| Charged off as bad debt<br>Canceled by credit grantor | Account has been closed due to inactivity.<br>Unpaid balance reported as a loss by the credit grantor. | Consumer disputes - reinvestigation in progress<br>Charged off accoun |
| -- | -- | -- |
| $0 | $0 | $0 |
| 8/1/2022 | 8/1/2022 | 9/1/2022 |
| -- | -- | -- |
| $16,204 | $16,204 | $16,204 |
| Flexible spending credit card | Credit Card | |
| $14,500 | $14,500 | $0 |

**Two year payment history**

No Payment Hx then how can you Report

**TransUnion**

**NONE REPORTED**

**Experian**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CO | CO | CO | CO | CO | CO | | 150 | 120 | 90 | 60 |
| Aug | Jul | Jun | May | Apr | Mar | Feb | '2023 | Dec | Nov | Oct |
| [illegible] | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | '2022 | Dec | Nov |
| OK | OK | | | | | | | | | |

smartcredit.com

Exhibit B

11:46

## Two year payment history

X

TransUnion

**NONE REPORTED**

Experian

| Aug | Jul | Jun | May | Apr | Mar | Feb | '2023 | Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|
| CO | CO | CO | CO | CO | CO | | 150 | 120 | 90 | 60 |

| Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | '2022 | Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| Oct | Sep |
|---|---|
| OK | OK |

Equifax

| Jun | May | Apr | Mar | Feb | '2023 | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|
| | CO | CO | CO | CO | 120 | 120 | 120 | 90 | 60 | [illegible] |

| Jul | Jun | May | Apr | Mar | Feb | '2022 | Dec | Nov | Oct | Sep |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

| Aug | Jul |
|---|---|
| | |

## Days late - 7 year history

TransUnion

30: 0 60: 0 90: 0

Experian

30: 1 60: 1 90: 4

Equifax

30: 1 60: 1 90: 8

smartcredit.com

Exhibit C

Exhibit D

1st form letter of Dispute for all 3CRA

Claudia Harris
139-18 109Th RD
Jamaica NY 11435

Trans Union
PO Box 2000
CHESTER, PA 19016-2000

Today's Date is: April 11 2023

Resource for Report Information is: Smart Credit

*My Date of Birth is* [ 052019[redacted]] *My Social Security Number's Last Four is* [5607]

RE: This letter my lawful and rightful consumer of recent and currently discovered item(s) with potential misinformation not certifiably compliant in reporting and or elsewise appears likely deficient in its reporting status' as reported when reported. Additionally, this declaration my consumer rightful demand for adequate investigation/reinvestigation into every aspect of any delinquency and or derogatory data accused of me to adequacy of lawful reporting! I understand that the reporting industry has deliberately fashioned a mandatorily utilized STANDARD for better ensuring certifiably compliant reporting practices, processes, and procedures are adhered to so that a maximum possible accuracy and completion is believable minus any deviations or diversions from the established and expected reporting of consumer data and acceptance of reported data by a receiving repository!

## Sir/Ma'am,

I am writing you with this formal complaint and a suggestion for prompt action(s) on your part. You are erroneously reporting not-compliantly to the main three credit reporting repositories and damaging my credit. You are behaving dishonorably in considerations of the FCRA aka the Fair Credit Reporting Act. The contraventions feasibly be subject to fines and damages. I am providing you but this one last contingency for resolution of this account. Previously, I had sent you a letter advising you that you were carelessly reporting. Additionally in that request I in fact did assert your necessary requisite(s) to modify appropriately my file. Due to your now obvious continued misreporting(s) albeit any all or each unfair and or surely unethically non-compliantly reported in that it resembles that my mailed note was sadly derided .

*************************************************************************************************

Please utilize the following KEY to explain markings on the images of below-shown items being contested:

* means *REQUIRED ALWAYS* ^ Required If Applies ~*Industry-Specific Required*

**BSCF** Base Segment Character Format **HRCF** Header Record... **J1S** J1 Segment **J2S** J2 Segment **K1S** K1 Segment **K2S** K2 Segment **K3S** K3 Segment **K4S** K4 Segment **L1S** L1 Segment **N1S** N1 Segment **TRCF** Trailer Record... **HRPF** Header Record Packed Format **BSPF** Base Segment Packed Format **TRPF** Trailer Record Packed Format **D1 Data Furnisher #1 DF2 Data Furnisher #2 T TransUnion ^NTCU^ essentially stands for Not Metro2/ Translated within Cra/and or is Unknown F Equifax X Experian M** Missing but Required Reported **E** Potential Error **I** Inconsistent **N** Not Available or Deceptive **Q** Questionable-conditioned **?** Questionable Mathematically **D** Deviant from standards **U** Unconfirmed or Uncertified Compliant **-** Attack **+** Do Not Attack **mx** Mixed **mr** Merged **CRRG** Credit Reporting Resource Guide **FCRA** Fair Credit Reporting Act

*************************************************************************************************

Annul from reporting now or modify as indicated so to not report any derogatory allegation(s) versus me each any and all negative aspects of the illegal claims following:

The above, as displayed above, consummates again as yet another rightful attempt on my part to work with you so together we can better resolve this issue before I have no other choice other than consider taking legal action versus you seeking not only monetary damages and awards versus you but as well penalties withstanding for each all and any of your injurious, negligent, reckless, non-compliant reported items of fallacy,be it . Your reporting errors are costing me unfair denials of credit, and unjustly higher interest rates. I a m allowing you the following suggested better courses of action for adequate modification(s):

So, we are each in clarity, please understand that I will accept no less than the confirmed regulatorily prescribed reported lawfully compliant claim(s) information versus me to be alleged yet uncontested. All claims MUST be to a maximum POSSIBLE ACCURACY and MAXIMUM POSSIBLE COMPLETENESS, yet these claim(s) aspects are more exposing of reporting deviations or inadequacies elsewise, each potentially jeopardizing the integrity of the claim(s) alleged (SEE CDIA's CRRG 3-4) . In fact, I will give you up to 7 days from the receipt of this letter to reciprocate with undeniable adequacy and fairness muchless with sure maximum possible correctness and completeness in total compliance of reporting requirements expectable of and from you, else legal action may well be the direction I have elected to have then taken. If I take legal action, I pledge to you that the cost will be much higher to your company. It will benefit both parties to take immediate action. By selecting one of the available options I have provided, I will consider this matter settled and pursue no further action(s). I must call for the authentication(s) of certifiably compliant reporting in agreement with each any and all aspects of I hereby lawfully request be in the form of a notarized statement by a person with original knowledge of the debt as it was constituted and who can testify that the debt was incurred legally, was not subsequently questionable as a result of returned, faulty, or recalled consumer products, was not utilized as a profit-loss tax deduction during the period it may have been payable, and was not claimed as a loss with any insuring entity during the period it may have been payable. Explain now the Proof each any and all claim(s)

Thank you for your time and help in this matter.

**Sincerely,**

**Claudia Harris**

P.s. My NEXT letter will be a notification of my **LOITS!** ! So that you do not need for a legal dictionary, a LOITS notice is a Letter Of Intent To Suit! You BEST be PROVEN COMPLIANT to ALL requirements and standards of FCRA COMPLIANCE and also of the implemented CRSA enacted CDIA implemented Metro2 Compliance mandates as well. I will demand verification that each employee at your firm which MIGHT have seen or conducted any business on the file you allege mine has been properly trained by a certified and qualified instructor of the Metro 2 data field formatted reporting standards. I am NOT shy in detailing my DOUBTS you can withstand the requisites to survive a court hearing versus me as I leverage your DEFICIENCIES for a slew of victories being awarded a

minimum of $1000 PER VIOLATION PER TIME, and there certainly appears to be a bucket full. So, let's do this! Anything OTHER than your letter describing to me that you have already begun or completed the annulment of these unproven claims versus me and have eradicated ENTIRELY any and all aspects of records of what you allege being mine (yeah!) will IMMEDIATE compel me to assume your hostile to my demands of proper reporting and I will assume that your ignorance of appropriate and adequate duties are willful and intentionally injurious. Being such, civil suits are obvious however criminal charges are not out the question, particularly if your chicanery-led subterfuge brings forth or allows.

Behind [illegible] form 2nd Letter of Dispute for all 3CRA

Claudia Harris
139-18 109Th Road
Jamaica NY 11435

Trans Union
PO Box 2000
CHESTER, PA 19016-2000

Today's Date is: May 06 2023 Resource for Report Information is: MyFreeScoreNow 04/21/2023

My First and Last Name is and ONLY is Claudia Harris

My Address Street Number, Street Name, City, and State is and only is 139-18 109Th Road Jamaica NY 11435

My Date of Birth is and only is 05201973

My current Legally acquired lawful Social Security Number last four is and only is 5607

My present Legally acquired lawful Social Security Number last four is and only is 5607

****To begin, I would like to ensure you have and ONLY sustain prevalent, factual, CORRECT, entire, and MANDATED expressed info Per FCRA regulations, any and all others I DEMAND, as is my lawful RIGHT(s) to do so, that you annul any and all negligent of any condition, mentioned or not! I DO NOT AUTHORIZE you to misreport any misinformation now or ever, please review and ENSURE your adequate and full accordance with the laws upon which govern your practice of reporting consumer credit profiles.

(a)I do NOT have any mandated OTHER NAMES or aliases and I do NOT desire any OTHER NAMES or aliases to be retained or communicated, if ANY eliminate NOW or produce PROOF of your legitimate AUTHORITY to retain much less report without infringing my consumer rights.

(b)I do NOT have any necessarily OTHER Current addresses and I do NOT yearn for any OTHER

ADDRESSES to be retained or supposed or elsewise revealed, if ANY omit NOW or produce PROOF of your legitimate

AUTHORITY to cling to much less report without infringing my consumer rights

(c )I do NOT have any preconditioned to be OTHER SSNs and I do NOT covet any OTHER SSNs to be retained or rumored, if ANY edit out NOW or product PROOF of your legitimate AUTHORITY to hold on to much less report without infringing my consumer rights.

(d)I do NOT have any required OTHER Dates of Birth and I do NOT desire any OTHER Dates of Birth to be retained or recited, if ANY black out from reporting NOW or product PROOF of your legitimate AUTHORITY to maintain much less report without infringing my consumer rights.

(e)I do NOT have any needed telephone numbers and I do NOT have want for any telephone numbers to be retained or proclaimed, if ANY annul NOW or product PROOF of your legitimate AUTHORITY to keep much less report without infringing my consumer rights.

(f)I do NOT have any requisite employers and I do NOT long for any employers to be retained or announced, if

ANY obliterate from reporting NOW or product PROOF of your legitimate AUTHORITY to preserve much less report without infringing my consumer rights.

(g)I do NOT have any spouses/ roommates/ co-applicants and I do NOT aspire for any spouses/ roommates/ co-applicants to be retained or disclosed, if ANY efface from reporting NOW or product PROOF of your legitimate AUTHORITY to much less report without infringing my consumer rights.

(h)I do NOT have any telephone numbers and I do NOT have ambition for any telephone numbers to be retained or recorded, if ANY terminate NOW or product PROOF of your legitimate AUTHORITY to much less report without infringing my consumer right

3077 e21d cf5f 9178 333d

Trans Union

PO Box 2000

CHESTER, PA 19016-2000

RE: Consumer DEMAND to have NO DEROGATORY data reporting UNLESS it is, as REQUIRED by LAWS, demonstrative fully appropriate, CORRECT, integral and CERTIFIED COMPLIANT in reporting of that derogatory and or any aspect of it. I DEMAND IMMEDIATE deletion of any NOT TESTIMONIAL physically VERIFIED and CERTIFIED as such.

# To Whom it Concerns,

This letter is yet another giving you formal legal notification of my DEMAND for you to CEASE and DESIST any and all ACTIVITIES in regards to the above notated derogatorily reported mis- facts as it is significantly in infraction of requisites for lawful reporting much less substantially insufficient in its certifiability of the mandatorily perfect correct and unabridged Metro 2 format compliant reporting in conjunction with the factually required perfect and physically verifiable valid and demonstrated truth of reporting, accuracy of reporting, completeness of reporting and certified compliance of reporting elsewise, mentioned here or not! could or should I remind you that ONLY PHYSICALLY VERIFIED VALID derogatory claims that are perfectly correct and completely certified compliant in its reporting, how described, and such are all MANDATORY CRITERIA for REPORTING,NOT OPTIONAL. I DEMAND that you PROVE each the Verifiability, VALIDITY, and CERTIFIED perfect Metro 2 format compliant reporting or else IMMEDIATELY REMOVE any and all derogatory data or information reputed, now and in future . I here now DEMAND that you act in FULL ACCORDANCE of regulatory laws and standards of reporting practices, mentioned by me or not. ANY deficiency to do so is lawful dereliction of responsible and required reporting and will be deemed your WILLFUL disregarding of your behaviors and an unlawful injurious harassment of me and my consumer rights, for which I can and may indeed file civil suit versus you for a court-ordered resolution and monetary gains for me FROM YOU! TREAD lightly with your unproven claims not amenably made known! AGAIN, CEASE and DESIST all reporting activities for the above titled derogatory listed student loan account(s) and aspect(s) of said derogatory claims still yet unproven and not certified within requirements believed. Surely you realize that it is ILLEGAL to or report misleading or unproven details, especially considering a composed consumer compliant notifying you of said issues so please exclude from reporting the following illegally divulged allegation here and now because in FACT the below mentioned allegations suggestions of any delinquent and or derogatory-conditioned item(s) of allegation fail to meet even MINIMUM requisites of

adequate reporting so DELETE now! Being my RIGHT,I DEMAND that you IMMEDIATELY expunge and forevermore afterwards BLOCK the misreported misinformation as indicated in the item of:

******************************************************************************************

Please utilize the following KEY to explain markings on the images of below-shown items being contested:

* means REQUIRED ALWAYS ^ Required If Applies ~*Industry-Specific Required*

**BSCF** Base Segment Character Format **HRCF** Header Record... **J1S** J1 Segment **J2S** J2 Segment **K1S** K1 Segment **K2S** K2 Segment **K3S** K3 Segment **K4S** K4 Segment **L1S** L1 Segment **N1S** N1 Segment **TRCF** Trailer Record... **HRPF** Header Record Packed Format **BSPF** Base Segment Packed Format **TRPF** Trailer Record Packed Format **D1 Data Furnisher #1 DF2 Data Furnisher #2 T TransUnion ^NTCU^ essentially stands for Not Metro2/ Translated within Cra/and or is Unknown F Equifax X Experian M** Missing but Required Reported **E** Potential Error **I** Inconsistent **N** Not Available or Deceptive **Q** Questionable-conditioned **?** Questionable Mathematically **D** Deviant from standards **U** Unconfirmed or Uncertified Compliant **-** Attack **+** Do Not Attack **mx** Mixed **mr** Merged **CRRG** Credit Reporting Resource Guide **FCRA** Fair Credit Reporting Act

******************************************************************************************

**JPMCB CARD** 426684146441**** 42668414**** 42668414****

*HRCF12 **JPMCB CARD** .. -D1TXF COFF

| | TransUnion | Experian -X | Equifax -F |
|---|---|---|---|
| *BSCF7 **Account #:** Q | 426684146441**** Q?I | 42668414**** Q?E | 42668414**** Q?E |
| *BSCF12 **High Balance:** D | **$19,130** E | **$0** E | **$16,204** E |
| *BSCF24 **Last Verified:** D | 03/02/2023 .. | -- M | -- M |
| *HRCF8 **Date of Last Activity:** D | **11/06/2020** E | **03/01/2023** N | **09/01/2022** N |
| *BSCF24 **Date Reported:** D | 03/02/2023 I | 03/02/2023 I | 03/01/2023 N |
| *BSCF10 **Date Opened:** D | **08/12/2013** I | **08/01/2013** N | **08/01/2013** N |
| *BSCF21 **Balance Owed:** .. | $16,204 .. | $16,204 .. | $16,204 .. |
| *BSCF26 **Closed Date:** D | **2020-11-06** .. | -- M | -- M |
| *BSCF17A **Account Rating:** Q | Derogatory Q | Derogatory Q | Derogatory Q |
| *BSCF37,*J1SF10,*J2SF10 **Account Description:** .. | **Individual** .. | **Individual** .. | **Individual** .. |
| *BSCF20 **Dispute Status:** .. | Account not disputed .. | Account not disputed .. | Account not disputed .. |
| - **Creditor Type:** D | **Bank Credit Cards** I | **Bank Credit Cards** I | **National Credit Card Companies** I |
| *BSCF17A **Account Status:** .. | Closed .. | Closed .. | Closed .. |
| *BSCF17B **Payment Status:** Q | **Collection/Chargeoff** Q | **Collection/Chargeoff** Q | **Collection/Chargeoff** Q |
| *BSCF19 **Creditor** | Charged off as bad debt | Account has been closed due | Charged off account |

| | | | |
|---|---|---|---|
| **Remarks:** | Canceled by credit grantor | to inactivity. Unpaid balance reported as a loss by the credit grantor. | Accounts closed by credit grantor |
| **Payment Amount:** | $0 | $0 | $0 |
| **Last Payment:** | 08/01/2022 | 08/01/2022 | 09/01/2022 |
| **Term Length:** | – | – | – |
| **Past Due Amount:** | $16,204 | $16,204 | $16,204 |
| **Account Type:** | **Flexible spending credit card** | **Credit Card** | – |
| **Payment Frequency:** | – | – | – |
| **Credit Limit:** | **$14,500** | **$14,500** | – |

**Two-Year payment history**

TransUnion

Experian

Equifax

The currently reported JPMCB CARD with account number displayed as 426684146441**** on my Trans Union report, shown as 42668414**** on my Experian report, and alleged as 42668414**** on my Equifax report. Any inconsistency, incompleteness, inaccuracy, or omission of the reported item serves as a peculiarity from the mandatorily utilized reporting industry's own Metro 2 Data-filled Field Formatted reporting compliance standards, of which there can be NO DEVIATION without JEOPARDIZING THE INTEGRITY OF THE DATA (see CDIA CRRG 3-4) and as so is lawfully questionable until evident confirmation of all aspect(s) of claim(s) are factually true, correct, complete, timely, physically verifiable, and elsewise undeniably valid particularly if not certifiably compliant in full according to the above-mentioned Metro 2 formatted industry requirements. With that in mind, please consider the following suspect reported data fields alleged for this now contested reported item of injury:

With respect to item questioned above, Last Verified: reported as Not Reporting for Experian, 03/02/2023 for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in aberrancy from the requisite standard(s) and or is not proven much less certifiably compliant to its principal mandates as its relevant and consequential for compliant reporting acquiescence. This field, as reported, is a divergence from the established CDIA's reporting standards and or is reported one or more of being untrue, inaccurate, inconsistent, incomplete, untimely, unverifiable, and or else wise not confirmed certifiably compliant to all mandates for ethical and lawful reporting! Clearly, this field asserts that potentially this item of reporting is or is not yet unproven to be an aberrancy at issue with reporting accuracy and or compliance standards.

As to and in consideration of the item questioned above, Term Length: reported as Not Reporting for Experian, Not Reporting for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its magisterial mandates as its prerequisite for compliant

conformity in reporting. This field, as reported, is a deviation from the established CDIA's reporting standards and or is reported one or more of being untrue, inaccurate, inconsistent, incomplete, untimely, unverifiable, and or else wise not confirmed certifiably compliant to all mandates for ethical and lawful reporting!

In regard to item questioned above, .Account Type: reported as Credit Card for Experian, Flexible spending credit card for Trans Union, and as Not Reporting for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as its a sin qua non for compliant reporting and as such are one or more apparently deficient of its exigency of reporting decree(s)!

In regard to item questioned above, Creditor Type: reported as Bank Credit Cards for Experian, Bank Credit Cards for Trans Union, and as National Credit Card Companies for Equifax and as such is one, each or all in deviation from the requisite standard(s) and or is not proven much less certifiably compliant to its regulatory mandates as it's a sin qua non for compliant reporting and as such are one or more assertedly deficient of its exigency of reporting aptitude ,sufficiency, and or amenability!

In cognizance to the item questioned above, Date of Last Activity: reported as 03/01/2023 for Experian, 11/06/2020 for Trans Union, and as 09/01/2022 for Equifax and as such is in apparent deviation from the requisite standard(s) for certifiably compliant reporting, hence the genesis of my rightful consumer complaint contesting reporter's privilege to report this claim unless it accepts and successfully fulfills the challenge to prove indisputably its confirmed and demonstrated adequacy of reporting practices and process to include no less than the full adherence of their required perfection and completeness of the Credit Reporting Industry's mandatorily utilized Metro 2 Format standards, and as such are one or more likely deficient of its exigency of reporting edict, and as such are one or more for all intents and purposes surely deficient of its exigency of reporting proficiency and or expected appropriateness!

**************************************************************************************************

NOTATION: Do not confuse my credit file with people of similar name, address or SSN. Verify all identifying information. ALL claims, authentic or not, must be testimonially to be currently and fully accurate, CORRECT, full, TIMELY, of my OWNERSHIP, of my RESPONSIBILITY, and or compliant to all applicable reporting laws and standards, which is currently the FCBA, FCRA, FDCPA, METRO 2 COMPLIANCE STANDARDS and others. In accord with laws and reporting standards, you or any entity are in infringement of my rights. Should you continue to and/or report any chicanery based subterfuge even upon my declaration of a composed consumer compliant, therefore, eradicate immediately and in entirety any and all allegations which are not demonstrated in clarity to be precise, correct, Complete, timely, mine, my responsibility, or else wise fully compliant.

**Please in addition eradicate any, if it even exists, claims of inquiry(s) associated with the above pointed out illegally derogatory. In consonance with CDIA definition of YOUR electronic verification process, E-OSCAR, "eOscar is a web based, METRO 2 COMPLIANT, automated system..." and I do and will CONTINUE to expect you to be able to PROVE just THAT in the LEAST.

As your firm well knows, I have now LEGALLY EXERCISED MY CONSUMER and or CIVIL RIGHT(s) by CHECKING for the VALIDITY of claims versus me, VERIFIABILITY of all aspects of claims versus me, and Contesting any unproven portion(s). Further, You should equally be

SOLELY WITH THE REPORTING DATA FURNISHER AND THE ACCEPTING REPOSITORIES OF THE CLAIMS.

REMOVE FROM REPORTING NOW IN FULL THIS UNPROVEN AND OBVIOUSLY NOT CURRENTLY COMPLIANT REPORTING,SO TO RETURN TO MANDATORY CIRCUMSTANCE OF ADEQUATE COMPLIANT REPORTING OF ONLY FULLY VETTED undoubted CORRECT unabbreviated VALID CLAIMS. DO SO RIGHT NOW!

**In GENUINE SINCERITY,**

My First and Last Name is and ONLY is Claudia Harris

My Address Street Number, Street Name, City, and State is and only is

139-18 109Th Road Jamaica NY 11435

**CC: Consumer Financial Protection Bureau (CFPB)**

**1700 G Street NW**

**Washington, DC 20552**

Third form Letter of Dispute for all 3 CRA

Claudia Harris
139-18 109th Road
Jamaica, New York 11435
05/20/19[redacted]
[redacted]

August 8,2023

Experian
P.O.Box 4500
Allen, TX 75013

Subject: Dispute of Charge-Off Account in my Credit Report

RE:Failure to Investigate Dispute- Violation of FCRA

Dear Sir/Madam,

I hope this letter finds you in good health. I am writing to dispute certain inaccurate information that appears on my credit report. The items in question are related to alleged charge-off account, which I believe are incorrect and misleading.

According to the Fair Credit Reporting Act (FCRA), § 611 (15 U.S.C. § 1681i), I have the right to dispute incomplete or inaccurate information in my credit file. In compliance with this act, I formally dispute and have disputed the following charge-off account:

JPMCB Card, Account #426684146441, information is missing or inaccurate. I have asked that this be investigated several times. However the charge-off account remains without regard for the April 2020 , May 2023 and as of today August 2023 disputes, there is no remedy.

Please investigate these matters and correct the disputed items as soon as possible. If you need additional information to resolve this dispute, kindly contact me at your earliest convenience.

I would also like to highlight that under Section 623(a)(2) of the FCRA, the entities providing this information to you have an obligation to correct, VALIDATE, VERIFY and

Exhibit D

update relevant information to ensure its accuracy. If they have failed to do so, they may be in violation of the FCRA and in turn these accounts need to be deleted from my consumer file immediately if they cant be validated and verified.

In addition, according to Section 623(b) of the FCRA, upon receipt of my dispute, you must notify the information provider of my dispute. If you find that any of these accounts are indeed inaccurate, incomplete, or cannot be verified or validated, I kindly request their immediate removal as per Section 605 of the FCRA, which stipulates that any information that is found to be inaccurate or can no longer be verified or validated must be removed from a consumer's credit file. If you cant provide me with the original contract with my wet ink signature, and the name and title of the person you spoke to about the above listed accounts showing validation and verification please delete the above listed account

Lastly, I want to draw your attention to the Fair and Accurate Credit Transactions Act (FACTA) amendment to the FCRA, which provides me the right to obtain one free copy of my credit report in cases where a change has been made as a result of the dispute. I have received free copies of the credit report with no remedy made thereby making a mockery of the FCRA, specifically, 15 U.S.C. 1681i, whichs requires you to conduct a reasonable investigation to either correct or delete the disputed information. This you have failed to do, thereby failing to comply with your legal obligations under the FCRA.

I have attached a copy of my credit report with the disputed item for your convenience. Please provide a detailed response to my dispute in writing within 15 days of receipt of this letter, as required by the FCRA if no remedy persist this may lead to filing a complaint with Consumer Financial Protection Bureau and seeking damages in a court of law.

Thank you for your prompt attention to this matter. I look forward to your prompt response.

Sincerely,

Claudia Harris

Third Form letter of Dispute for all 3 CRA

Claudia Harris
139-18 109th Road
Jamaica, New York 11435
05/20/19[redacted]
[redacted]

August 8,2023

Equifax
P.O.Box 740256
Atlanta, GA 30374-0256

Subject: Dispute of Charge-Off Account in my Credit Report

RE:Failure to Investigate Dispute- Violation of FCRA

Dear Sir/Madam,

I hope this letter finds you in good health. I am writing to dispute certain inaccurate information that appears on my credit report. The items in question are related to alleged charge-off account, which I believe are incorrect and misleading.

According to the Fair Credit Reporting Act (FCRA), § 611 (15 U.S.C. § 1681i), I have the right to dispute incomplete or inaccurate information in my credit file. In compliance with this act, I formally dispute and have disputed the following charge-off account:

JPMCB Card, Account #426684146441, information is missing or inaccurate. I have asked that this be investigated several times. However the charge-off account remains without regard for the April 2020 , May 2023 and as of today August 2023 disputes, there is no remedy.

Exhibit D

Please investigate these matters and correct the disputed items as soon as possible. If you need additional information to resolve this dispute, kindly contact me at your earliest convenience.

I would also like to highlight that under Section 623(a)(2) of the FCRA, the entities providing this information to you have an obligation to correct, VALIDATE, VERIFY and

update relevant information to ensure its accuracy. If they have failed to do so, they may be in violation of the FCRA and in turn these accounts need to be deleted from my consumer file immediately if they cant be validated and verified.

In addition, according to Section 623(b) of the FCRA, upon receipt of my dispute, you must notify the information provider of my dispute. If you find that any of these accounts are indeed inaccurate, incomplete, or cannot be verified or validated, I kindly request their immediate removal as per Section 605 of the FCRA, which stipulates that any information that is found to be inaccurate or can no longer be verified or validated must be removed from a consumer's credit file. If you cant provide me with the original contract with my wet ink signature, and the name and title of the person you spoke to about the above listed accounts showing validation and verification please delete the above listed account

Lastly, I want to draw your attention to the Fair and Accurate Credit Transactions Act (FACTA) amendment to the FCRA, which provides me the right to obtain one free copy of my credit report in cases where a change has been made as a result of the dispute. I have received free copies of the credit report with no remedy made thereby making a mockery of the FCRA, specifically, 15 U.S.C.§ 1681i, whichs requires you to conduct a reasonable investigation to either correct or delete the disputed information. This you have failed to do, thereby failing to comply with your legal obligations under the FCRA.

I have attached a copy of my credit report with the disputed item for your convenience. Please provide a detailed response to my dispute in writing within 15 days of receipt of this letter, as required by the FCRA if no remedy persist this may lead to filing a complaint with Consumer Financial Protection Bureau and seeking damages in a court of law.

Thank you for your prompt attention to this matter. I look forward to your prompt response.

Sincerely,

Claudia Harris

Attachments: Copy of Credit Report with Disputed Items

Exhibit E

After beginning writing the dispute in April 2023 and 2020. continuing in May 2023 and finally bringing to court after August 2023

| TransUnion | Experian | Equifax |
|---|---|---|
| 30:060:090:0 | 30:060:090:0 | 30:060:090:0 |

**JPMCB CARD**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account #:** | 426684146441**** | 42668414**** | 42668414**** |
| **High Balance:** | $19,130 | $0 | $16,204 |
| **Last Verified:** | 03/02/2023 | -- | -- |
| **Date of Last Activity:** | 11/06/2020 | 03/01/2023 | 09/01/2022 |
| **Date Reported:** | 03/02/2023 | 03/02/2023 | 03/01/2023 |
| **Date Opened:** | 08/12/2013 | 08/01/2013 | 08/01/2013 |
| **Balance Owed:** | $16,204 | $16,204 | $16,204 |
| **Closed Date:** | 2020-11-06 | -- | -- |
| **Account Rating:** | Derogatory | Derogatory | Derogatory |
| **Account Description:** | Individual | Individual | Individual |
| **Dispute Status:** | Account not disputed | Account not disputed | Account not dispute |
| **Creditor Type:** | Bank Credit Cards | Bank Credit Cards | National Credit Card Com |
| **Account Status:** | Closed | Closed | Closed |
| **Payment Status:** | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeof |
| **Creditor Remarks:** | Charged off as bad debt<br>Canceled by credit grantor | Account has been closed due to inactivity.<br>Unpaid balance reported as a loss by the credit grantor. | Charged off accoun<br>Accounts closed by credit |
| **Payment Amount:** | $0 | $0 | $0 |
| **Last Payment:** | 08/01/2022 | 08/01/2022 | 09/01/2022 |
| **Term Length:** | -- | -- | -- |
| **Past Due Amount:** | $16,204 | $16,204 | $16,204 |
| **Account Type:** | Flexible spending credit card | Credit Card | -- |
| **Payment Frequency:** | -- | -- | -- |
| **Credit Limit:** | $14,500 | $14,500 | -- |

unkown

unkown

**Two-Year payment history**

unkown

TransUnion unkown: unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unkown unk

Experian: OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK — 30 days late, 60 days late, 90 days late, 120 days late, 150+ days late

mar apr may jun jul aug sep oct nov dec 2 3 feb mar apr may jun jul aug sep oct nov dec 2 3

© 2023 m2phenom All Rights Reserved